AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 26, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| LORI ALLEN<br>*Plaintiff*<br>v.<br>WASHINGTON STATE DEPARTMENT OF LABOR & INDUSTRIES; ARIANA ULRICH, SARAH JACKSON; DEBRA HATZIALEXIOU; AND VICTORIA KENNEDY, individually<br>*Defendant* | Civil Action No. 2:22-CV-00244-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the court order at ECF No.78, Defendants' Motion for Summary Judgment, ECF No. 40, is GRANTED in part and DENIED in part.
Judgment for Defendant Washington State Department of Labor & Industries regarding Plaintiff's state-law wrongful termination claim only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on a motion for Summary Judgment.

Date: 2/26/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham